THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANDARD BILL POSTING COMPANY, Respondent, *v.* T. JAMES HASTINGS, as Building Inspector of the City of Newburgh, Appellant.

*People ex rel. Standard Bill Posting Co.* v. *Hastings*, 153 App. Div. 920, affirmed.
(Argued February 25, 1913; decided March 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 19, 1912, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to examine and approve plans for a proposed billboard.

*Graham Witschief* for appellant.

*Henry Hirschberg* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.